ORDER:
In the absence of any opposition, this motion is granted.

*s/ John S. Bryant*

U.S. Magistrate Judge

<u>IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION</u>

| | |
|---|---|
| **WILLIAM DAVIDSON HAMBY, JR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) No.: 3:12-CV-0056 |
| **DR. NONA SETLER-LOGAN AND** | ) |
| **NURSE KAREN DUGDEN-KUNDAR,** | ) JUDGE TRAUGER |
| | ) |
| **Defendants.** | ) |

### MOTION FOR ENTRY OF ORDER
### RELATED TO PRODUCTION OF HEALTH INFORMATION

Defendants Nona Setler-Logan and Karen Dugden-Kundar (collectively "Defendants"), by and through his undersigned counsel, file this motion for entry of an order to allow undersigned counsel to obtain copies of the medical health information and medical health records of Plaintiff, William Davidson Hamby, Jr. As grounds for this motion, Defendants show as follows:

Plaintiff alleges in this case that he suffered a variety of damages as a result of an alleged failure of the Defendants to provide adequate medical treatment. Entry of this order will substantially assist Defendants in their evaluation of this matter, particularly Plaintiff's damages, and will hasten the resolution of this dispute. Further, Defendants would show that two separate attempts have been made to obtain – on March 7 and 22, 2012 – to obtain an authorization from Plaintiff allowing them to gather his medical records. (Letters to Plaintiff are attached as collective Exhibit A). To date, Defendants have received no response.

WHEREFORE, good grounds having been shown for the granting of this motion, Defendants respectfully request that this motion be granted and this Court enter the attached Order.