```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

WILLIAM DAVIDSON HAMBY, JR.,    )
                                )
        Plaintiff,              )   Case No. 3:12-0056
                                )   Judge Trauger/Bryant
    v.                          )
                                )
DR. NONA SETLER-LOGAN, et al.,  )
                                )
        Defendants.             )

## O R D E R

Plaintiff Hamby has filed his "Formal Motion to Delete or Strike Previous Motion that Stated Plaintiff Requested to be Placed in Federal Custody Detention" (Docket Entry No. 41). This motion is **GRANTED**.

Plaintiff's earlier "Formal Motion for Court Order for Plaintiff to be Taken Into U.S. Federal Prison Custody and/or Federal Detention" (Docket Entry No. 39) is **STRICKEN** as withdrawn by plaintiff.

It is so **ORDERED**.

                                s/ John S. Bryant
                                JOHN S. BRYANT
                                United States Magistrate Judge