```
 1
 2                    RECEIVED              ORDER:
 3                 IN CLERK'S OFFICE
 4                    NOV 21 2012          Motion denied.
 5                  U.S. DISTRICT COURT
                    MID. DIST. TENN.       John Bryant,
 6                                                USMJ
 7         OFFICE OF THE CLERK
 8         U.S. District Court
 9      Middle District of TN / NASHVILLE DIVISION
10             801 BROADWAY - RM. 800
11
12   William Davidson Hamby, Jr.)  CASE NO. # 3:12-cv-00056
13          (PLAINTIFF)           )
14             V.                 )   JUDGE: TRAUGER / BRYANT
15   DR. NONA LOGAN, et.al.       )
16          (DEFENDANTS)          )
17
18   Motion For Court To Assist Plaintiff.
19   With Request For "The Jailhouse Lawyer's
20   HANDBOOK" AND A "List of Legal Term Definitions"
21
22     I, William Davidson Hamby Jr. HEREBY COMES THE PLAINTIFF, BY
23   AND THROUGH PRO SE, REQUEST THIS HONORABLE COURT TO
24   ALLOW THIS MOTION TO BE GRANTED FOR COURT, OR COURT'S
25   CLERK TO SEND PLAINTIFF A "JAILHOUSE LAWYERS" BOOK
26   OR MANUAL, AND A LIST (OR BOOK) OF LEGAL WORD AND
27   OR TERMS DEFINITIONS.    SIGN: [signature]  DATE: 11-11-12
28
```

RECEIVED
IN CLERK'S OFFICE

NOV 21 2012

U.S. DISTRICT COURT
MID. DIST. TENN.

OFFICE OF THE CLERK
U.S. District Court
Middle District of TN / Nashville Division
801 Broadway - Rm. 800

William Davidson Hamby, Jr.  } CASE NO. #
   (Plaintiff)              }
       V.                   } JUDGE: Trauger/Bryant
Dr. Nona Logan, et.al.      }
   (Defendants)             }

Motion For Defendants To Honor/
Follow Outside Medical Orders, Prescriptions

I, William Davidson Hamby, Jr., comes the Plaintiff, by and through pro se, hereby requests respectfully, to this Honorable Court, to grant this motion for defendants to honor and/or follow any outside medical orders, and faxes, and prescription orders from Sumner County Jail Doctors, California Dept. of Corrections Doctors, Meharry General Hospital Doctors, and Dr. Paul Talley of Meharry (medical doctor) and for defendants to adhere, order and follow all the upcoming orders

RECEIVED
IN CLERK'S OFFICE
NOV 21 2012
U.S. DISTRICT COURT
MID. DIST. TENN.

ORDER: motion denied.
John Bryant, USMJ

OFFICE OF THE CLERK
U.S. DISTRICT COURT
Middle District of TN/Nashville Division
801 BROADWAY - Room 800

| | |
|---|---|
| William Davidson Hamby, Jr. | Case No. # 3:12-cv-00056 |
| (Plaintiff) | |
| V. | Judge: Trauger/Bryant |
| Dr. Nona Logan, et al. | |
| (Defendants) | |

## Motion For Court To Audit "Correct Care Solutions" And "Correct Care Solutions" Hiring Practices Of Physician's And Nurses By Contract

I, William Davidson Hamby, Jr., comes the Plaintiff, by and through Pro Se, hereby motions this honorable Court to move to Audit "CCS", and it's hiring practices in regards to Physicians, Nurses, and the contracts, involved, due to the large number of lawsuits against "CCS", and it's hired Dr., Dr. Nona Logan, and Nurses hired by "CCS".

SIGN: Wm. Hamby  DATE: 11-13-12
Wm. Hamby, Jr.

RECEIVED
IN CLERK'S OFFICE
NOV 21 2012
U.S. DISTRICT COURT
MID DIST TENN.

ORDER:
motion denied.
John Bryant
USMJ

OFFICE OF THE CLERK
U.S. District Court
Middle Dist. of TN/Nashville Division
801 BROADWAY – RM. 800

William Davidson Hamby, Jr.,    CASE NO. # 3:12-CV-00056
  (Plaintiff)
      V.                         JUDGE: TRAUGER/BRYANT
Dr. Nona Logan, et.al.,
  (Defendant(s))

## Motion For Court Ordered Alcohol/and Drug Tests/and Mental Health Examinations of Defendants

I, William Davidson Hamby, Jr., comes the Plaintiff, by and through Pro Se, hereby requests, with respect, to this Honorable Court, Court Judge, to grant this motion to have court ordered mental health/and drug/alcohol examinations/tests for Dr. Logan, and nursing staff, due to the erratic actions, non-actions, and dilated pupils of Dr. Logan, and nurses, and due to the serious nature of their jobs in healthcare, which has the very lives of inmates jeopardized by Dr. Logan, and staff.

SIGN: [signature] William Hamby    DATE: 11-12