UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM DAVIDSON HAMBY, JR. ] | |
|     Plaintiff, ] | |
| ] | |
| v. ] | No. 3:12-0056 |
| ] | Judge Trauger |
| DR. NONA SETLER-LOGAN, et al. ] | |
|     Defendants. ] | |

**O R D E R**

In accordance with the Memorandum contemporaneously entered, the Court finds merit in the defendants' Motion for Summary Judgment (Docket Entry No.70).

Therefore, the Magistrate Judge's Report and Recommendation (Docket Entry Nos.167 and 180) is ADOPTED and APPROVED. Plaintiff's objections are OVERRULED.

The defendants' Motion for Summary Judgment is GRANTED. All federal claims in the complaint are DISMISSED with prejudice. The plaintiff's state law claim of medical malpractice is DISMISSED without prejudice and this action is hereby CLOSED.

It is so ORDERED.

                                                                Aleta A. Trauger
                                                               United States District Judge